**Floyd BENNETT–BEY, Appellant**

v.

**Douglas SHULMAN, Commissioner,
I.R.S., Appellee.**

No. 10–5100.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 28, 2010.

Floyd Bennett–Bey, Washington, DC,
pro se.

Janet Arlene Bradley, U.S. Department
of Justice, Washington, DC, R. Craig Lawrence, U.S. Attorney's Office, Washington,
DC, for Appellee.

Before HENDERSON, GARLAND, and BROWN, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 3, 2010, 688 F.Supp.2d 7, be affirmed. Appellant has not shown any error in the court's decision or in appellee's assertion that the court lacked jurisdiction over claims for declaratory and injunctive relief and any claim under 26 U.S.C. § 7429.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.